AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

COLBY ALLEN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:17-MJ-2015-KS

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| Kimberly A. Swank | US Magistrate Judge |
|---|---|
| Name of Judge | Title of Judge |

4/30/2019
Date